UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY DESEAN ADAMS,<br><br>    Plaintiff,<br><br>  v.<br><br>DEPUTY VAN KLEEK, et al.,<br><br>    Defendants. | Case No. 18-cv-06178-YGR (PR)<br><br>**[PROPOSED]** **ORDER RE DEFENDANTS' ADMINISTRATIVE MOTION TO EXTEND TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |

Defendant deputies Van Kleeck, Kooy, and Weston, having moved this Court pursuant to Northern District of California Civil Local Rules 6-1, 6-3, and 7-11 for an extension of 60 days to investigate, prepare and file their summary judgment, the administrative motion having come before the Court, and having considered the papers filed by the parties with respect to this motion, the Court hereby ORDERS as follows:

1. There is good cause for the Court to grant this administrative motion for an extension of time for Defendants' to file a summary judgment motion. Defendants have until **October 1, 2019** to take plaintiff's deposition and prepare and file a summary judgment motion.

2. Plaintiff's opposition to the dispositive motion shall be filed with the Court and served on Defendants no later than **twenty-eight (28) days** after the date on which Defendants' motion is filed.

3. Defendants shall file a reply brief no later than **fourteen (14) days** after the date Plaintiff's opposition is filed.

4. The Court notes that this is the first extension in this case. The granting of regular requests for extension should not be expected.

5. This Order terminates Docket No. 15.

IT IS SO ORDERED.

Dated: July 23, 2019

_____
YVONNE GONZALEZ ROGERS
United States District Judge