UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY DESEAN ADAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>JUSTIN VAN KLEECK, et al.,<br><br>    Defendants. | Case No. 18-cv-06178-YGR (PR)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

This case was referred to Magistrate Judge Robert M. Illman for court-ordered settlement proceedings. On September 17, 2020, the parties appeared before Magistrate Judge Illman for a settlement conference. The "Minute Entry" for the settlement conference indicates that it was "[s]ettled in full." Dkt. 52.

On September 29, 2020, the Court received a copy of the "Stipulation of Dismissal With Prejudice" pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) signed by both parties. Dkt. 53. The signed stipulation states:

> Pursuant to the settlement agreement entered on September 17, 2020, after a mandatory settlement conference, plaintiff and defendants stipulate pursuant to Federal Rule of Civil Procedure 41(a)(l)(A)(ii) to the dismissal with prejudice of Plaintiff's claims in the above-captioned case. Each party will bear its own costs and attorney fees.

*Id.* at 1.

Accordingly, having been notified of the settlement and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein against all named Defendants are DISMISSED WITH PREJUDICE.

The Clerk of the Court shall terminate any pending motions and close the file

IT IS SO ORDERED.

Dated: September 30, 2020

_____
YVONNE GONZALEZ ROGERS
United States District Judge